| 1 | |
|---|---|
| 2 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD WASHINGTON,** an individual, | **Case No.:** 16-CV-5427-FMO-AFM |
| Plaintiff, | **ORDER DISMISSING DEFENDANTS, RELIANT GENERAL INSURANCE SERVICES, INC. AND OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, INC. ONLY** |
| v. | |
| **CITY TITLE LOAN, LLC.; ALL AMERICAN RECOVERY, INC.; RELIANT GENERAL INSURANCE SERVICES, INC.; OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, INC.; and SAFEROAD INSURANCE SERVICES, INC.** | |
| Defendants. | |

## ORDER

Having considered Plaintiff's Joint Motion Requesting Dismissal as to Defendants, RELIANT GENERAL INSURANCE SERVICES, INC. and OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, INC., and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the above captioned action is dismissed with prejudice as to RELIANT GENERAL INSURANCE SERVICES, INC. and OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, INC., only.

**IT IS SO ORDERED.**

DATED: January 10, 2017

/s/
Hon. Judge Fernando M. Olguin