**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**SINNETT LAW, APC**
Wayne A. Sinnett, Esq. (302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Telephone: (619) 752-0703
Facsimile: (619) 330-2120

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Richard Washington

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CITY TITLE LOAN, LLC; ALL AMERICAN RECOVERY, INC.; AND, SAFEROAD INSURANCE SERVICES, INC.,<br><br>Defendants. | **Case No.:** CV16-5427 FMO (AFMx)<br><br>**STIPULATION TO DISMISS DEFENDANT ALL AMERICAN RECOVERY, INC. ONLY WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HON. FERNANDO M. OLGUIN** |

///
///
///
///

Plaintiff RICHARD WASHINGTON ("Plaintiff"); and, Defendant ALL AMERICAN RECOVERY, INC. ("AAR"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

Plaintiff and AAR hereby jointly move to dismiss Plaintiff's First Amended Complaint against AAR only with prejudice with each party to bear its own costs and attorneys' fees as between each other; however, the parties to this Stipulation reserve their rights to recover their respective attorneys' fees and costs from any other individuals and/or entities, including but not limited to Defendant CITY TITLE LOAN, LLC ("CTL"). Said Dismissal bears no relation to – and has no effect upon – Plaintiff's claims against CTL nor AAR's Cross-Claims against CTL.

Date: April 3, 2017            **KAZEROUNI LAW GROUP, APC**

                               By: ___/s/ Matthew M. Loker___
                                   MATTHEW M. LOKER, ESQ.
                                   ATTORNEY FOR PLAINTIFF

                               **BREMER WHYTE BROWN & O'MEARA LLP**

                               By: ___/s/ Nicole M. Slattery___
                                   NICOLE M. SLATTERY, ESQ.
                                   ATTORNEY FOR AAR

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

Date: April 3, 2017                                        **KAZEROUNI LAW GROUP, APC**

By:   ___/s/ Matthew M. Loker___
          MATTHEW M. LOKER, ESQ.
          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation to Dismiss All American Recovery, Inc. Only with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)* has been filed this 3rd day of April 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

          ___/s/ Matthew M. Loker___
               Matthew M. Loker