# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CITY TITLE LOAN, LLC; ALL AMERICAN RECOVERY, INC.; AND, SAFEROAD INSURANCE SERVICES, INC.,<br><br>Defendants. | Case No.: CV16-5427 FMO (AFMx)<br><br>ORDER ON STIPULATION [67] RE: DISMISSAL OF DEFENDANT ALL AMERICAN RECOVERY, INC. ONLY<br><br>HON. FERNANDO M. OLGUIN |

Based upon the Parties' Joint Motion, and good cause, this Court hereby orders Plaintiff's claims against Defendant ALL AMERICAN RECOVERY, INC. ("AAR") to be, and are, dismissed with prejudice. Plaintiff and AAR are to bear their own attorneys' fees and costs as between each other; however, Plaintiff and AAR reserve their rights to recover their respective attorneys' fees and costs from any other individuals and/or entities, including but not limited to Defendant CITY TITLE LOAN, LLC ("CTL"). This dismissal shall have no effect upon Plaintiff's claims or AAR's cross-claims as asserted against CTL.

**IT IS SO ORDERED.**

Dated: April 4, 2017

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE