**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD WASHINGTON, | Case No.: CV16-5427 FMO (AFMx) |
| Plaintiff, | **ORDER DISMISSING DEFENDANT SAFEROAD INSURANCE SERVICES, INC. ONLY** |
| v. | |
| CITY TITLE LOAN, LLC.; ALL AMERICAN RECOVERY, INC.; RELIANT GENERAL INSURANCE SERVICES, INC.; OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, INC.; and SAFEROAD INSURANCE SERVICES, INC. | |
| Defendant(s). | HON. FERNANDO M. OLGUIN DEPT 6D |

Based upon the Parties' Joint Stipulation and Motion, and good cause, this Court hereby orders Plaintiff's claims against Defendant SAFEROAD INSURANCE SERVICES, INC. (SAFEROAD) to be, and are, dismissed with

1

ORDER DISMISSING DEFENDANT SAFEROAD INSURANCE SERVICES, INC. ONLY

prejudice. Plaintiff and SAFEROAD are to bear their own attorneys' fees and costs as between each other; however, Plaintiff and SAFEROAD reserve their rights to recover their respective attorneys' fees and costs from any other individuals and/or entities, including but not limited to Defendant CITY TITLE LOAN, LLC ("CTL"). This dismissal shall have no effect upon Plaintiff's claims against CTL.

**IT IS SO ORDERED.**

DATED: August 29, 2017 _____/s/_____
                                          Hon. Judge Fernando M. Olguin

ORDER DISMISSING DEFENDANT SAFEROAD INSURANCE SERVICES, INC. ONLY