JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD WASHINGTON, | ) | Case No. CV 16-5427 FMO (AFMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CITY TITLE LOAN, LLC, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Richard Washington ("plaintiff") and against defendant City Title Loan, LLC ("City Title") on plaintiff's claims against City Title.

2. Plaintiff is awarded a total of $118,204, which is comprised of the following: (a) economic damages in the amount of $17,951; (b) compensatory damages of $10,000; (c) CITA civil penalties of $30,000; (d) RFDCPA statutory damages of $1,000; (e) attorney's fees in the amount of $58,400; and (f) costs in the amount of $853.

3. It is adjudged that (a) City Title's car title loan is unenforceable against plaintiff; and (b) any purported security interest by City Title against plaintiff's vehicle is void.

4. City Title is enjoined from attempting to collect on the car title loan from plaintiff.

5. City Title is ordered to return plaintiff's vehicle within 14 days of this Order.

6. Plaintiff shall serve City Title with a copy of this Judgment in such a manner as to make it operative in any future proceedings

Dated this 26th day of February, 2018.

                                                                      /s/
                                            Fernando M. Olguin
                                      United States District Judge